IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBER YBARRA
ADC # 710487     PLAINTIFF

V.     CASE NO. 1:11CV00057 JMM/BD

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*     DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Ybarra's motion to amend and her motion for summary judgment (docket entries #18 and #19) are DENIED.

IT IS SO ORDERED, this 16th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE