# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| AMBER YBARRA<br>ADC # 710487 | PLAINTIFF |
| V.    CASE NO. 1:11CV00057 JMM/BD | |
| ARKANSAS DEPARTMENT<br>OF CORRECTION, *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Ms. Ybarra's motion for a preliminary injunction (docket entry #44) is DENIED.

IT IS SO ORDERED, this <u>17th</u> day of <u>October</u>, 2011.

_____
UNITED STATES DISTRICT JUDGE