IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBER YBARRA
ADC # 710487                                                                                           PLAINTIFF

V.                          CASE NO. 1:11CV00057 JMM/BD

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Ms. Ybarra's motion for a preliminary injunction (docket entry #44) is DENIED.

IT IS SO ORDERED, this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE