**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**AMBER YBARRA, ADC # 710487**                                         **PLAINTIFF**

**V.**                    **CASE NO. 1:11CV00057 JMM/BD**

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*         **DEFENDANTS**

**ORDER**

Ms. Ybarra has filed a motion to compel discovery, arguing that the Defendants inappropriately objected to her discovery requests. (Docket entry #54) Defendants responded to the motion, stating that they cannot produce the requested material because it poses a security risk. Because the Defendants failed to provide the Court sufficient information to rule on the motion to compel, they were previously instructed to provide the Court the requested material, under seal, along with a detailed explanation as to how the requested material poses a security risk. Defendants have now complied with this Court's order. (#63)

After reviewing the material submitted by the Defendants under seal, it is clear that Ms. Ybarra should be provided access to copies of the witness statements requested, with the inmate names redacted. Although Defendants correctly state that this matter has not been set for a hearing or trial, the documents requested provide material support for Ms. Ybarra's claims. She is entitled to have access to redacted copies of the documents. If Defendants file a dispositive motion in this lawsuit or if this matter is set for a hearing or

a trial, Ms. Ybarra should be provided complete copies of the requested witness statements.

The motion to compel (#54) is GRANTED this 29th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE