IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBER YBARRA,
ADC # 710487                                                                                            PLAINTIFF

V.                              CASE NO. 1:11CV00057 JMM/BD

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                                        DEFENDANTS

## ORDER

The Partial Recommended Disposition ("Recommendation") has been received from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Ms. Ybarra's motion for partial summary judgment (docket entry #55) is DENIED, this 9th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE