# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

AMBER YBARRA,
ADC # 710487                                                                                                        PLAINTIFF

V.                              CASE NO. 1:11CV00057 JMM/BD

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                                                       DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (docket entry #76) is GRANTED, in part, and DENIED, in part. Ms. Ybarra's claims for money damages against Defendants Dixon and Hoots in their official capacities are DISMISSED, with prejudice. Her claims against Defendant Dixon in her individual capacity are DISMISSED, without prejudice. Ms. Ybarra should be permitted to proceed on her claims against Defendant Hoots in his individual capacity.

IT IS SO ORDERED, this 24th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE