IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBER YBARRA,
ADC # 710487                                                                                           PLAINTIFF

V.                         CASE NO. 1:11CV00057 JMM/BD

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                                          DEFENDANTS

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Hoots's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motion for summary judgment (docket entry #112) is DENIED.

IT IS SO ORDERED this 14th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE