**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**AMBER YBARRA**                                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 1:11CV00057-JMM**

**LEROY HOOTS**                                                                                                  **DEFENDANT**

### JUDGMENT ON JURY VERDICT

This action was tried January 7-8, 2013, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on January 8, 2013 in favor of the defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Amber Ybarra, take nothing on this complaint against Leroy Hoots and the same is hereby dismissed.

Dated this 8th day of January, 2013.

_____
James M. Moody
United States District Judge